CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JUL 2 5 2005

JOHN F. CORCORAN, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ESTELLE E. WILLIAMS,<br><br>                         *Plaintiff,*<br><br>v.<br><br>JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,<br>                         *Defendant.* | CIVIL ACTION NO. 3:02-CV-00092<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

    By standing order of the Court, Plaintiff's motion for attorney's fees in this case was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The Magistrate filed his report on January 20, 2005, recommending that this Court enter an Order awarding Plaintiff's counsel a fee in the amount of $3,932.

    After a careful review of the entire record in this case, and no objection having been filed to the Magistrate Judge's Report within ten (10) days of its service upon the parties, this Court adopts the Magistrate Judge's report in its entirety.

    Accordingly, it is this day ORDERED that the Report and Recommendation of the United States Magistrate Judge filed January 20, 2005, shall be, and hereby is, ADOPTED, in its entirety. It is ORDERED that Plaintiff's counsel be awarded a fee in the amount of $3,932 to be paid as follows: (a) the sum of $3,239.07 out of the escrow held by Plaintiff's counsel and (b) the sum of $692.92 out of the withheld benefits. It is further ORDERED that the balance of

withheld benefits should then be paid over to Plaintiff by the Commissioner.

This case is dismissed and stricken from the docket of the Court.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTER: *(signature)*
U.S. District Court Judge

DATE: 7/25/05